# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

### Nashville Division



| | |
|---|---|
| Elsa Trujillo. | ) Case No. _____ |
| | ) *(to be filled in by the Clerk's Office)* |
| _____ | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) Jury Trial: *(check one)* ☑Yes ☐No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| –v– | ) |
| | ) |
| | ) |
| Douglas A. Collin's, secretary, Department of veterans affair. | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Elsa Trujillo |
| Street Address | 3719 Berryhill Dr. |
| City and County | Nashville , Rutherford |
| State and Zip Code | TN, 37127 |
| Telephone Number | 615-649-2670 |
| E-mail Address | Chilanguita.Karla8@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

  Name       Douglass A. Collin's

  Job or Title *(if known)*  Secretary, Department of veterans affairs

  Street Address     810 Vermont Ave NW

  City and County    Washington

  State and Zip Code   DC, 20420

  Telephone Number   (202) 461-7000

  E-mail Address *(if known)*

Defendant No. 2

  Name

  Job or Title *(if known)*

  Street Address

  City and County

  State and Zip Code

  Telephone Number

  E-mail Address *(if known)*

Defendant No. 3

  Name

  Job or Title *(if known)*

  Street Address

  City and County

  State and Zip Code

  Telephone Number

  E-mail Address *(if known)*

Defendant No. 4

  Name

  Job or Title *(if known)*

  Street Address

  City and County

  State and Zip Code

  Telephone Number

  E-mail Address *(if known)*

## C.     Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Department of Veterans Affairs , Tennessee Valley Healthcare syst |
| Street Address | 3400 Lebanon Pike |
| City and County | Murfreesboro, Rutherford |
| State and Zip Code | TN, 37127 |
| Telephone Number | (615) 867-6000 |

## II.     Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Other federal law *(specify the federal law)*:

☐     Relevant state law *(specify, if known)*:

☐     Relevant city or county law *(specify, if known)*:

3

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*: Harassment & hostile work environment based on national origin.

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

Note: Attaching best recollection that the alleged discriminatory act occurred on dates.

C.    I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☑ national origin  Hispanic (mocked for accent, treated unequally due to background, language barrier ignored.)
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*
  Anxiety + depression caused by the harassment, leading to therapy, missed work, and sleeping issues.

E.    The facts of my case are as follows. Attach additional pages if needed.

## III. Statement of Claim

E. It is my best recollection that the alleged discrimination acts occurred on date(s)

- From approximately September 2022 to the present (ongoing). Specific examples include: September 7-8, 2022 (union grievance misunderstanding); 2022-2023 (Roxanne mocking accent and unfair LWOP); June 8, 2025 (Femi dismissive communication); June 22, 2025 (Femi OT warning); July 20, 2025 (witnessed Femi's favoritism with Pam); September 2024 (bathroom incident and Roxanne's accusation); November 2025 (Femi's schedule favoritism for Becky and Samantha).

1. From approximately September 2022 to the present, at the VA Tennessee Valley Healthcare System (CLC-8B), supervisors Roxanne Root and Femi Olarubofin created a hostile work environment based on my national origin (Hispanic).

Note; I'm attaching additional facts of my case are as follows.

_(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)_

## IV. Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on _(date)_

December 31,2022

B.    The Equal Employment Opportunity Commission _(check one)_:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on _(date)_    09/13/2025   .

_(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)_

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct _(check one)_:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

6

2. Roxanne mocked my Hispanic accent multiple times in 2022-2023, imitated my speech in meetings, charged unfair Leave Without Pay.

3. Femi accused me of "stealing" overtime without basis in 2022-2023 and was dismissive and accused me of lying about sick leave, making me feel belittled, ,on June 8, 2025, ignored my communication about a coworker's schedule while on a personal phone call.

4. After my EEO filing on December 31, 2022, retaliation began. Femi's behavior changed from friendly to strict.

5. On June 22, 2025, Femi emailed a verbal warning for exceeding OT (79 hours June 16-22), threatening restrictions, despite my notification.

6. On July 20, 2025, I witnessed Femi gently ask Pam to cancel her 24-28 hours OT without warning, showing unequal treatment; schedules confirm this pattern for others exceeding 60 hours/7 days.

7. On September 2024, someone opened the bathroom door, exposing me; Roxanne accused my story of inaccuracy based on false statements from Pam (not present), without taking my side; Kara Holt dismissed it as "not harassment" on November 12, 2024, citing "our past relationship" (EEOC case), feeling like retaliation.

8. In November 2025, Femi fixed Becky's schedule on Thanksgiving week without issue and adjusted Samantha's on November 4, 2025, leaving us short-staffed, highlighting favoritism.

9. On November 26, 2025, Pam was approved for Christmas vacation in 2026 after 2025, despite rotation rules; Femi posted the book and

changed it after complaints, showing favoritism and implying he thinks we're unaware.

10.  This caused severe anxiety, depression, therapy needs, missed work (e.g., June 16, 2025), and sleep medication; also financial strain from EEO lawyer fees leading to a July 18, 2025 summons (court on August 29, 2025).

11.  Roxanne retired, but Femi's sarcasm and favoritism continue, like ignoring my email-while helping others.

12.  I am waiting for additional medical records from my therapist documenting the anxiety, depression, sleep issues, and missed work caused by the discrimination. These will be provided during discovery or as soon as available, to further support my claims

13.  On December 5, 2025, I discovered my overtime hours were missing from my paycheck, resulting in lower pay than expected. I was on annual leave (AL) during the submission period, so I couldn't check or follow up earlier. When I returned to work on December 7, 2025, I emailed about it and spoke to my active manager, who said Femi may not have entered the time before the deadline. I don't know who was responsible, but this isn't the first time, and it's frustrating, especially hearing Femi's name involved—he handles similar issues for other coworkers without limitations, but claims restrictions for me. This continues the pattern of unequal treatment, causing more anxiety, frustration, and stress.

# V. RELIEFS

- ○ Punitive damages of $100,000 to punish the agency for retaliation and deter future misconduct.

- ○ Injunctive relief: Order the VA to stop mistreatment, provide discrimination/retaliation training, expunge negative records (e.g., OT warning), and ensure equal treatment.

- ○ Reimbursement for EEO-related costs, including lawyer fees leading to my July 18, 2025 summons (court August 29, 2025), totaling approximately $20,000

- ○ Court costs, prejudgment and post-judgment interest, and any other appropriate relief.

Elsa Trujillo

The wrongs are continuing at the present time through ongoing retaliation and unequal treatment by Femi Olarubofin (e.g., favoritism in OT and schedules for others in 2025 ). I request:

Compensatory damages of $300,000 for emotional distress, including anxiety, depression, therapy costs, missed work/FMLA use (e.g., June 16, 2025), and sleep medication needs caused by the harassment and retaliation.

Note; I'm attaching additional damages and relief I'm asking the court to order.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          12/05/2025

Signature of Plaintiff

Printed Name of Plaintiff          Elsa Trujillo

### B.      For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address